FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
AUG 03 2010
JAMES W. McCORMACK, CLERK
By: Cathy McBryde
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 4:10CR00189 BSM |
| | ) | 18 U.S.C. §2252(a)(2) |
| v. | ) | 18 U.S.C. §2252(a)(4)(B) |
| | ) | |
| BRIAN WHITE | ) | |

INDICTMENT

THE GRAND JURY CHARGES:

COUNT ONE

That from on or about April 18, 2009, through on or about August 1, 2009, in the Eastern District of Arkansas, and elsewhere, the defendant,

BRIAN WHITE

did knowingly distribute and attempt to distribute one or more matters which contained visual depictions that were produced with a minor engaged in sexually explicit conduct and that were transported in interstate and foreign commerce by computer, knowing that the matters were visual depictions of minors engaged in sexually explicit conduct.

All in violation of Title 18, United States Code, Section 2252(a)(2).

COUNT TWO

That on or before October 3, 2009, in the Eastern District of Arkansas, and elsewhere, the defendant,

BRIAN WHITE

did knowingly possess, in addition to the matters received, one or more matters which contained an image of child pornography

that had been mailed, shipped, and transported in interstate and foreign commerce, and which were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct.

All in violation of Title 18, United States Code, Section 2252(a)(4)(B).

FORFEITURE ALLEGATION

Upon conviction of one or more of the offenses alleged in Counts 1 and 2 of this Indictment, defendant,

BRIAN WHITE

shall forfeit to the United States any and all property used or intended to be used to commit and to promote the commission of the aforementioned violations, to wit:

- HP Pavilion (SN: 2CE75155N6)
- Gateway desktop computer (SN: 00357721544)
- Kingston 256mb thumb drive
- Gateway keyboard (SN: D248044)
- Microsoft wireless mouse (Model: 1009)
- Gateway monitor (SN: HA19HVELA1169BF)
- Olympus digital recorder (Model: VN-3100PC)
- Sony video tape
- Maxtor 80 GB hard drive (SN: 732QTD43)
- Misc documentation and photos of nude female minors

- Nikon D-40 with lens
- SanDisk 1GB Extreme SD card
- Palm 64MB SD card
- Panasonic 2 GB SD card in camera
- Camera bag with cables
- 4 CDs
- HP Printer (SN: CNB2701756)

All pursuant to Title 18, United States Code, Section 2253.

(END OF TEXT. SIGNATURE PAGE ATTACHED.)