# UNITED STATES DISTRICT COURT

for the
Eastern District of Arkansas

United States of America
v.
**Brian White**

Case No. 4:10CR00189-01 BSM

RECEIVED
10 AUG -5 AM 7:57
U.S. MARSHAL
EASTERN ARKANSAS

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

[X] Indictment [ ] Superseding Indictment [ ] Information [ ] Superseding Information [ ] Complaint
[ ] Probation Violation Petition [ ] Supervised Release Violation Petition [ ] Violation Notice [ ] Order of Court

| | |
|---|---|
| Place: Richard Sheppard Arnold United States Courthouse<br>500 W Capitol Avenue<br>Little Rock, Arkansas 72201<br>**Before Judge J. Thomas Ray** | Courtroom No.: **1C**<br>Date and Time:<br>**8/19/2010 at 10:00 a.m.** |

This offense is briefly described as follows: **Distribution of child pornography**, **Possession of child pornography**, as further explained in the attached documents.

Date: August 4, 2010

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
AUG 06 2010
JAMES W. McCORMACK, CLERK
By: DEP CLERK

*Issuing officer's signature*

**JAMES W. McCORMACK, CLERK**
*Printed name and title*

## Proof of Service

This summons was received by me on *(date)* 8/6/10.

❒ I personally served the summons on this defendant ______ at *(place)* ______ on *(date)* ______ ; or

☑ On *(date)* 8/6/10, I left the summons at the defendant's residence or usual place of abode with *(name)* deft's Attorney Scott Lancaster faxed to 501/851-0049, a person of suitable age and discretion who resides there, and mailed a copy to the defendant's last known address; or

❒ The summons was returned unexecuted because ______.

I declare under penalty of perjury that this information is true.

Date returned: 8/6/10

*Server's signature*

Special Agent Andrew M. Kiger
*Printed name and title*

**Remarks:**