IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.                                                          No. 4:10CR00189 BSM

BRIAN WHITE

FINAL ORDER OF FORFEITURE

WHEREAS, on April 28, 2011, this Court entered a Preliminary Order of Forfeiture in the above captioned case.  On July 12, 2011, the Court entered an Amended Preliminary Order of Forfeiture in the above captioned case.  On August 3, 2011, the Court entered the second Amended Preliminary Order of Forfeiture, ordering defendant to forfeit his interest in the following:

    HP Pavilion (SN: 2CE75155N6)

    Gateway Desktop computer (SN:00357721544)

    Kingston 256mb thumb drive

    Gateway keyboard (SN: D248044)

    Microsoft wireless mouse (Model : 1009)

    Maxtor 80 GB hard drive (SN: 732QTD43)

    Misc documentation and photos of nude female minors

    4 CDs

WHEREAS, the United States caused to be published on the forfeiture website, internet address of www.forfeiture.gov for thirty consecutive days beginning on April 29, 2011, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with

the law and as specified in the Preliminary Order. and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

WHEREAS, no claims were filed by any persons with respect to any of the property described herein;

WHEREAS, the Court finds that defendant had an interest in the property that is subject to forfeiture pursuant to Title 18, U.S.C.§ 2253 .

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

HP Pavilion (SN: 2CE75155N6)

Gateway Desktop computer (SN: 00357721544)

Kingston 256mb thumb drive

Gateway keyboard (SN: D248044)

Microsoft wireless mouse (Model: 1009)

Maxtor 80 GB hard drive (SN: 732QTD43)

Misc documentation and photos of nude minor females

4 CDs

are hereby forfeited to the United States of America pursuant to Title 18, U.S.C.§ 2253 .

IT IS FURTHER ORDERED, ADJUDGED AND DECREED  that all right, title, and interest in all of the  property set forth above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

IT IS SO ORDERED this 10th day of August, 2011.

                                                _____
                                                UNITED STATES DISTRICT JUDGE